IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THEODORE KHNANISHO, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:22-cv-02791-N-BT |
| SOUTHERN MAIL SERVICE, INC. et al., | § § § § | |
| Defendants. | § | |

**ORDER VACATING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

In this *pro se* civil action, the undersigned entered its Findings, Conclusions, and Recommendation that the District Judge should dismiss this action under Federal Rule of Civil Procedure 41(b) due to Plaintiff Khnanisho's repeated failure to properly serve each Defendant. *See* FCR (ECF No. 37). Khnanisho filed an objection asking the Court for one more chance to serve the Defendants, which the District Judge construed as a Motion for Continuance and granted. *See* Order (ECF No. 39). In light of the Summons returned executed as to all Defendants filed by Khnanisho (ECF No. 42), the Court hereby **VACATES** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge recommending dismissal.

**SO ORDERED.**
December 4, 2023.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

1